

INSTITUTE FOR JUSTICE

November 28, 2022

**Via CM/ECF**
Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    RE:    *United States v. $8,040 in U.S. Currency*, No. 22-659
             Change in dates of oral argument availability

Dear Ms. Wolfe:

    I represent Claimant-Appellant Cristal Starling in the above captioned case. I am writing to update the Court concerning counsel's availability for oral argument.

    The dates of unavailability for counsel for Claimant-Appellant are now as follows: November 24–30; December 1, 14–16, 22–27; Jan. 3, 16, 30–31; February 16–20; March 17, 21–31; April 1–5.

    Sincerely,

    /s/ Robert E. Johnson
    Robert E. Johnson
    INSTITUTE FOR JUSTICE
    16781 Chagrin Blvd. #256
    Shaker Heights, OH 44120
    P. (703) 682-9320
    F. (703) 682-9321
    E. rjohnson@ij.org

    *Counsel for Appellant*

CC: All Counsel via ECF

## Certificate of Filing and Service

     I hereby certify that on this 28th day of November, 2022, I caused this Letter regarding availability for oral argument to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

                                                              /s/ Robert E. Johnson