

**U.S. Department of Justice**

Criminal Division

*Washington, D.C. 20530*

January 24, 2023

**VIA CM/ECF**

The Honorable Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re: *United States* v. *$8,040 US Currency*, No. 22-659

Dear Ms. Wolfe:

    I represent the United States in the above-captioned matter.

    In prior correspondence dated December 5, 2022, the undersigned advised the Court of his unavailability for oral argument, should the Court determine that argument is warranted, on February 5-8, 2023 and February 14-26, 2023. Undersigned counsel writes to notify the Court of his further unavailability on March 8-9, 2023, and March 13-25, 2023.

                          Respectfully submitted,

                          /s *Michael A. Rotker*
                        _____

                        Michael A. Rotker

                          *Attorney, Appellate Section*
                          *Criminal Division*
                          *United States Department of Justice*
                          *950 Pennsylvania Ave NW, Suite 1264*
                          *Washington, D.C. 20530*
                          *(202) 514-3308*