

INSTITUTE FOR JUSTICE

January 31, 2023

**Via CM/ECF**
Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    RE:    *United States v. $8,040 in U.S. Currency*, No. 22-659
              Update regarding dates of oral argument availability

Dear Ms. Wolfe:

    I represent Claimant-Appellant Cristal Starling in the above captioned case. I am writing to update the Court concerning counsel's availability for oral argument.

    Claimant-Appellant previously informed the Court of his unavailability during the following dates: February 16–20; March 17, 21–31; April 1–5. Those dates remain unchanged. In addition to those dates, counsel is also unavailable April 6–7, April 21, and June 8–9.

    Sincerely,

    /s/ Robert E. Johnson
    Robert E. Johnson
    INSTITUTE FOR JUSTICE
    16781 Chagrin Blvd. #256
    Shaker Heights, OH 44120
    P. (703) 682-9320
    F. (703) 682-9321
    E. rjohnson@ij.org

    *Counsel for Appellant*

CC: All Counsel via ECF

## Certificate of Filing and Service

I hereby certify that on this 31st day of January, 2023, I caused this Letter regarding availability for oral argument to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

/s/ Robert E. Johnson